UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11492-REK

MARIO LACY,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, KENNETH HEARNS and JUAN J. SEOANE,
    Defendants.

## DEFENDANTS MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS PURSUANT TO FED.R.CIV.P. 6(B).

NOW COME the Defendants, City of Boston, William Feeney, Kenneth Hearns and Juan J. Seoane, who respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file responsive pleadings. As grounds for their motion, they state that:

1. Counsel for the Plaintiff has assented to their request for more time to file a responsive pleading (see Rule 7.1 certification, included below);

2. Undersigned counsel expect to represent the City of Boston and the three individual employee defendants;

3. Administrative requirements for appointment of undersigned counsel to represent Defendant Feeney have yet to be completed;

4. Following the completion of the appointment process, undersigned counsel will require additional time to meet

      with Defendant Feeney and the prepare responsive pleadings for the individual defendants and for the City of Boston;

5. The Plaintiff has agreed to an extension until September 22, 2004, to file responses to the Plaintiff's Complaint; and,

6. Allowing this motion will not prejudice any party to the action and permitting the extension to file responsive pleadings to Plaintiff's Complaint will further the interests of justice.

   WHEREFORE, the Defendants respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings on or before September 22, 2004.

                                   Respectfully submitted,
                                   Merita A. Hopkins
                                   Corporation Counsel

                                   By his attorneys:

                                   /s/ James M. Chernetsky
                                   _____
                                   James M. Chernetsky
                                   BBO #638152
                                   Karen A. Glasgow
                                   BBO # 648688
                                   Assistant Corporation Counsel
                                   City of Boston Law Department
                                   Room 615, City Hall
                                   Boston, MA 02201
                                   (617) 635-4034

<u>7.1 Certification</u>

    Undersigned counsel certifies that pursuant to LR, D. Mass. 7.1(a)(2)she discussed this motion with Adrienne Strauss on behalf of Attorney Stephen Hrones', on September 1, 2004, via telephone, and assented to the Defendants' request for additional time to file their responsive pleadings.

Date: <u>9/1/04</u>                              <u>s/ Karen A. Glasgow</u>
                                         Karen Glasgow, Esq.