UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11492-REK

MARIO LACY,
    <u>Plaintiff</u>,

v.

CITY OF BOSTON, WILLIAM FEENEY, KENNETH HEARNS and JUAN J. SEOANE,
    <u>Defendants</u>.

**<u>DEFENDANT JUAN SEOANE'S ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES AND JURY DEMAND</u>**

Now comes the Defendant Juan Seoane and answers the Plaintiff's Complaint as follows:

**<u>INTRODUCTION</u>**

1. The Defendant Juan Seoane considers paragraph one of the Complaint as introductory only and not requiring a response. To the extent that paragraph one alleges facts, the Defendant denies such allegations.

**<u>JURISDICTION</u>**

2. The Defendant Juan Seoane considers paragraph two as a pure conclusion of law for which no response is required. To the extent there are factual allegations deemed inherent in the jurisdictional statement, the same are denied.

**<u>PARTIES</u>**

3. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph three of the Complaint.

4. The Defendant Juan Seoane admits the allegations contained in paragraph four of the Complaint.

5. The Defendant Juan Seoane admits the allegations contained in paragraph five of the Complaint.

6. The Defendant Juan Seoane admits the allegations contained in paragraph six of the Complaint.

7. The Defendant Juan Seoane admits the allegations contained in paragraph seven of the Complaint.

## FACTS

8. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eight of the Complaint.

9. The Defendant Juan Seoane admits the allegations contained in paragraph nine of the Complaint.

10. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ten of the Complaint.  Answering further Defendant Juan Seoane admits that no drugs were found when he pat-frisked the Plaintiff.

11. The Defendant Juan Seoane denies that he approached the Plaintiff with Officer Hearns.  Defendant Juan Seoane admits to approaching the Plaintiff initially and asking him about having drugs on his person.  The Defendant Juan Seoane admits that the Plaintiff denied the allegation.

12. The Defendant Juan Seoane denies the allegations contained in paragraph twelve of the Complaint.

13. The Defendant Juan Seoane admits that he found no drugs on the Plaintiff.  Answering further, Defendant Juan Seoane denies the allegation that he led the Plaintiff into a small alley.

14. The Defendant Juan Seoane denies the allegations contained in paragraph fourteen of the Complaint.

15. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to

        the truth of the allegations contained in paragraph fifteen of the Complaint.

16. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixteen of the Complaint.

17. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventeen of the Complaint.

18. The Defendant Juan Seoane denies the allegations contained in paragraph eighteen of the Complaint.

19. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph nineteen of the Complaint.

20. The Defendant Juan Seoane denies the allegations contained in paragraph twenty of the Complaint.

21. The Defendant Juan Seoane denies the allegations contained in paragraph twenty-one of the Complaint.

22. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-two of the Complaint.

23. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-three of the Complaint.

24. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-four of the Complaint.

25. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-five of the Complaint.

26. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-six of the Complaint.

27. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-seven of the Complaint.

28. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-eight of the Complaint.

29. Paragraph twenty-nine of the Complaint calls for a legal conclusion for which no answer is required. To the extent an answer is required, Defendant Juan Seoane denies the allegations contained in paragraph twenty-nine of the Complaint.

30. Paragraph thirty of the Complaint calls for a legal conclusion for which no answer is required. To the extent an answer is required, Defendant Juan Seoane denies the allegations contained in paragraph thirty of the Complaint.

31. Paragraph thirty-one of the Complaint calls for a legal conclusion for which no answer is required. To the extent an answer is required, Defendant Juan Seoane denies the allegations contained in paragraph thirty-one of the Complaint.

32. The Defendant Juan Seoane denies the allegations contained in paragraph thirty-two of the Complaint.

33. The Defendant Juan Seoane does not answer paragraph thirty-three of the Complaint, as it is the subject of <u>Defendants' Motion to Strike</u>.

34. The Defendant Juan Seoane states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-four of the Complaint.

4

## COUNT I
## VIOLATION OF 42 U.S.C. §1983 BY DEFENDANT POLICE OFFICERS

35. The Defendant Juan Seoane repeats and incorporates his answers to paragraphs one through thirty-four.

36. Paragraph thirty-six of the Complaint calls for a legal conclusion for which no answer is required. To the extent an answer is required, Defendant Kenneth Hearns denies the allegations contained in paragraph thirty-six of the Complaint.

## COUNT II
## VIOLATION OF MASSACHUSETTS CIVIL RIGHTS ACT: M.G.L. c. 12, §11I BY DEFENDANT POLICE OFFICERS HEARNS AND SEOANE

37. The Defendant Juan Seoane repeats and incorporates his answers to paragraphs one through thirty-six.

38. Paragraph thirty-eight of the Complaint calls for a legal conclusion for which no answer is required. To the extent an answer is required, Defendant Juan Seoane denies the allegations contained in paragraph thirty-eight of the Complaint.

## COUNT III
## VIOLATION OF 42 U.S.C. §1983 BY DEFENDANT CITY OF BOSTON

Paragraphs thirty nine through forty nine contain allegations against a Defendant other than Juan Seoane, and therefore no response from Juan Seoane is required. To the extent paragraphs thirty-nine through forty-nine are construed to allege facts, Defendant Juan Seoane denies the same.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Defendant Juan Seoane states that he was justified in his acts or conduct and that therefore the Plaintiff cannot recover.

### Second Affirmative Defense

By way of affirmative defense, the Defendant Juan Seoane states that no act or omission by him was a proximate cause of damages allegedly sustained by the Plaintiff.

### Third Affirmative Defense

The Defendant Juan Seoane states that at all times pertinent to this action, he acted in good faith and belief that all actions were in accordance with the laws of the Commonwealth of Massachusetts and United States of America.

### Fourth Affirmative Defense

The Defendant Juan Seoane states that his acts and conduct were performed according to, and protected by, law and/or legal process , and that therefore the Plaintiff cannot recover.

### Fifth Affirmative Defense

The Defendant Juan Seoane states that the Plaintiff has failed to state a claim upon which relief can be granted.

### Sixth Affirmative Defense

The Defendant Juan Seoane states that any injury or damage suffered by the Plaintiff was caused by others for whose conduct the Defendant is not responsible.

### Seventh Affirmative Defense

The actions of the Defendant Juan Seoane are entitled to protection by a grant of qualified immunity.

### Eighth Affirmative Defense

The Defendant Juan Seoane states that he is immune from suit while engaging in discretionary functions.

### Ninth Affirmative Defense

The Defendant Juan Seoane states that at all times relevant to this Complaint he acted upon probable cause based upon

reasonable grounds and that the circumstances justified his conduct.

### Tenth Affirmative Defense

Defendant Juan Seoane states that he is a public employee entitled to immunity for negligent conduct committed during the scope of his employment pursuant to the Massachusetts Torts Claims Act.

### JURY CLAIM

The Defendant Juan Seoane hereby demands a trial by jury on all counts and causes of action.

                                        Respectfully Submitted
                                        DEFENDANT, JUAN SEOANE
                                        Merita A. Hopkins
                                        Corporation Counsel

                                        By his  attorneys:


                                        /s/ Karen A. Glasgow
                                        _____
                                        Karen A. Glasgow, BBO # 648688
                                        James M. Chernetsky, BBO # 638152
                                        Assistant Corporation Counsel
                                        City of Boston Law Department
                                        Room 615, City Hall
                                        Boston, MA 02201
                                        (617) 635-4034