UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11492-REK

MARIO LACY,
    <u>Plaintiff</u>,

v.

CITY OF BOSTON, WILLIAM FEENEY, KENNETH HEARNS and JUAN J. SEOANE,
    <u>Defendants</u>.

**<u>NOTICE OF APPEARANCE</u>.**

TO THE CLERK OF COURT:

Please enter the appearance of undersigned counsel as an attorney of record for the Defendants: City of Boston, William Feeney, Kenneth Hearns and Juan J. Seoane.

    Respectfully submitted,
    CITY OF BOSTON, WILLIAM FEENEY,
    KENNETH HEARNS and JUAN J. SEOANE

    Merita A. Hopkins
    Corporation Counsel

    By their attorneys:

    /s/ James M. Chernetsky
    _____
    James M. Chernetsky
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4034
    BBO # 648688