UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-11492 REK

MARIO LACY,
    Plaintiff

v.

CITY OF BOSTON, WILLIAM J. FEENEY, KENNETH HEARNS AND JUAN SEOANE

## STIPULATION OF THE PARTIES REGARDING PROTECTIVE ORDER.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Parties to this action, by and through their respective counsel, hereby stipulate that that they have agreed to the terms of the Protective Order attached hereto, and they hereby submit said Protective Order to the Court for endorsement and docketing.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF MARIO LACY<br>By his attorney: | DEFENDANTS WILLIAM J. FEENEY, KENNETH HEARNS, JUAN SEOANE, and the CITY OF BOSTON<br>By their attorney: |
| /s/ Stephen Hrones<br>_____<br>Stephen Hrones, Esq. BBO#242860<br>Hrones & Garrity<br>Lewis Wharf, Bay 232<br>Boston, MA  02110<br>(617) 227-4019 | /s/ Karen A. Glasgow<br>_____<br>Karen A. Glasgow  BBO# 648688<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-3238 |