UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIO LACY,            )<br>        Plaintiff        )<br>                            )<br>    v.                      )<br>                            )<br> CITY OF BOSTON,      )<br> WILLIAM J. FEENEY,   )<br> KENNETH HEARNS, and )<br> JUAN SEOANE,         )<br>        Defendants       ) | CIVIL ACTION<br>NO. 04-11492-REK |

ORDER
January 18, 2005

The proposed Protective Order filed by the parties in this case on January 4, 2005, is approved subject to the following modification:

Notwithstanding any provision or implication to the contrary:

(1) No document claimed to be subject to this order may be filed with the Clerk without advance approval in writing by the court. This requirement is imposed for the protection of the interests of the parties against risks of accidental disclosure and to conserve scarce storage space and time of court personnel.

(2) The proposed Protective Order is subject to further modification by order of this court, on the court's own initiative or upon motion by any person having an interest affected by the order, for good cause shown. This paragraph applies to any provision regarding "closing the courtroom" during a hearing and excluding observers, including representatives of media.

Any party wishing to object to this modification must do so by written objection filed on or before two weeks from this date.

_____/s/Robert E. Keeton_____

Robert E. Keeton
Senior United States District Judge