UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11492-REK

MARIO LACY,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, KENNETH HEARNS and JUAN J. SEOANE,
    Defendants.

**ORDER FOR CRIMINAL AND PROBATION RECORDS**

Upon leave of court, access is granted to the Defendants William Feeney, Kenneth Hearns and Juan Seoane by their attorneys: Karen A. Glasgow and James M. Chernetsky, Assistant Corporation Counsel, City of Boston Law Department, Room 615, City Hall, Boston, MA 02201, to herein obtain certified copies of all of the criminal and probation records, and all documents related thereto, of the persons listed below:

**MARIO LACY**

    DATE OF BIRTH:        [REDACTED]
    CURRENT ADDRESS:     [REDACTED] nue, #609
                                Boston, MA

    SSN:                 [REDACTED]
                                t,

                                _____

Dated:       _____, _____.