**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

     I hereby certify that on February 9, 2005, undersigned counsel for the Defendants spoke with Plaintiff's Counsel's partner Jessica Hedges, and provided Plaintiff's counsel, via facsimile to 617-227-3908, with a draft of this Motion, in a good faith effort to resolve and narrow the issues presented by said motion, but that counsel were unable to confer or to resolve the issues prior to filing of the motion.


2/10/2005                                          /s/ Karen A. Glasgow
_____                                 _____
Date                                                Karen A. Glasgow