UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11492-REK

MARIO LACY,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM
FEENEY, KENNETH HEARNS
and JUAN J. SEOANE,
    Defendants.

### ORDER FOR CRIMINAL AND PROBATION RECORDS

Upon leave of court, access is granted to the Defendants William Feeney, Kenneth Hearns and Juan Seoane by their attorneys: Karen A. Glasgow and James M. Chernetsky, Assistant Corporation Counsel, City of Boston Law Department, Room 615, City Hall, Boston, MA 02201, to herein obtain certified copies of all of the criminal and probation records, and all documents related thereto, of the persons listed below:

**MARIO LACY**

DATE OF BIRTH:    November 3, 1956
CURRENT ADDRESS:    444 Harrison Avenue, #609
    Boston, MA

SSN:    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

By the court,

_Robert E. Keeton_

Dated: March 10, 2005.