UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIO LACY, | ) | |
|     Plaintiff | ) | C.A No. 04-11492REK |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| WILLIAM J. FEENEY, KENNETH HEARNS, JUAN J. SEOANE, and the CITY OF BOSTON, | ) ) ) | |
|     Defendants | ) ) | |

Please enter my appearance as co-counsel to the Plaintiff Mario Lacy in the above-captioned proceeding.

    Respectfully submitted,
    The Plaintiff Mario Lacy,
    By his attorneys,


    //S//Jessica D Hedges
    Stephen B Hrones (BBO No. 242860)
    Jessica D Hedges (BBO No. 645847)
    HRONES GARRITY & HEDGES LLP
    Lewis Wharf-Bay 232
    Boston, MA 02110-3927
    T)617/227-4019

**CERTIFICATE OF SERVICE**

    I, Jessica D Hedges, hereby certify that on this 11th day of May, 2005, I served a true and correct copy of the foregoing NOTICE OF APPEARANCE, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Karen Glasgow, Esq., Jim Chernetsky, Esq., Civil Rights Div/Law Dept, City Hall, Rm 615, Boston, MA 02201.

    //S//Jessica D Hedges
    Jessica D Hedges