UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO LACY,)<br>    Plaintiff               )<br>)<br>v.                              )<br>)<br>WILLIAM J. FEENEY, KENNETH )<br>HEARNS, JUAN J. SEOANE,   )<br>and the CITY OF BOSTON,    )<br>    Defendants          )<br>) | C.A No. 04-11492REK<br><br>**PLAINTIFF MARIO LACY'S MOTION TO EXTEND DISCOVERY DEADLINE** |

Now comes the Plaintiff Mario Lacy in the above-captioned proceeding, and respectfully requests that this Honorable Court extend the discovery deadline from August 26, 2005 to November 10, 2005. As grounds therefor, Plaintiff states as follows:

1. The parties have conducted and completed all written discovery in this matter;

2. The plaintiff has conducted two depositions; the defendant has deposed the plaintiff;

3. The plaintiff hopes to conduct one final deposition, of Officer Jean Aclogue.

4. On May 11, 2005, the plaintiff filed a motion to amend his complaint to add Jean Aclogue as a defendant; as grounds therefor, plaintiff explained that Mr. Aclogue's actions had mistakenly been attributed to another police officer, Juan Seoane;

5. The court has not yet ruled on plaintiff's motion to amend; accordingly, it would be premature to the plaintiff to have deposed Mr. Aclogue prior to the August 26, 2005 discovery deadline;

6. The parties have tentatively agreed upon the date of November 7, 2005, for Mr. Aclogue's deposition should the court rule in the plaintiff's favor;

7. With the exception of this single deposition, discovery is complete;

8. Defendant counsel does not object to this Motion.

        Respectfully submitted,
        The Plaintiff Mario Lacy,
        By his attorneys,


        //S//Stephen Hrones_____
        Stephen B Hrones (BBO No. 242860)
        Jessica D Hedges (BBO No. 645847)
        HRONES GARRITY & HEDGES LLP
        Lewis Wharf-Bay 232
        Boston, MA 02110-3927
        T)617/227-4019


**CERTIFICATE OF SERVICE**

I, Stephen Hrones, hereby certify that on this 31st day of August, 2005, I served a true and correct copy of the foregoing PLAINTIFF MARIO LACY'S MOTION TO EXTEND DISCOVERY DEADLINE, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Karen Glasgow, Esq., Jim Chernetsky, Esq., Civil Rights Div/Law Dept, City Hall, Rm 615, Boston, MA 02201.

        //S//Stephen Hrones_____
        Stephen Hrones