UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO LACY,        )<br>    Plaintiff            )<br>                              )<br>v.                            )<br>                              )<br>WILLIAM J. FEENEY, KENNETH )<br>HEARNS, MARC ACLOQUE,    )<br>and the CITY OF BOSTON,   )<br>    Defendants          )<br>                              ) | C.A No. 04-11492REK |

**NOTICE OF APPEARANCE**

Please notice the appearance of Jessica Hedges as co-counsel for the Plaintiff in the above-entitled matter.

Respectfully submitted,

DATED: October 20, 2005

//S//Jessica Hedges
Jessica Hedges
BBO No. 645847
Hrones, Garrity & Hedges
Lewis Wharf – Bay 232
Boston, MA 02110-3927
(617) 227-4019

**CERTIFICATE OF SERVICE**

I, Jessica Hedges, hereby certify that, on this the 20th day of October, 2005, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

//S/Jessica Hedges
Jessica Hedges