UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO LACY,       )<br>    Plaintiff       )<br>       )<br>v.       )<br>       )<br>WILLIAM J. FEENEY, KENNETH )<br>HEARNS, MARC ACLOQUE,       )<br>and the CITY OF BOSTON,       )<br>    Defendants       )<br>       ) | C.A No. 04-11492-REK |

**NOTICE OF APPEARANCE**

Please notice the appearance of Michael Tumposky as co-counsel for the Plaintiff in the above-entitled matter.

Respectfully submitted,

DATED: October 20, 2005

//S//Michael Tumposky
Michael Tumposky
BBO No. 660618
Hrones, Garrity & Hedges
Lewis Wharf – Bay 232
Boston, MA 02110-3927
(617) 227-4019

**CERTIFICATE OF SERVICE**

I, Michael Tumposky, hereby certify that, on this the 20th day of October, 2005, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

//S/Michael Tumposky
Michael Tumposky