**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION No. 04-11492-REK**

MARIO LACY,
      Plaintiff,

v.

CITY OF BOSTON, WILLIAM
FEENEY, KENNETH HEARNS and
MARC ACLOQUE,
      Defendants.

**DEFENDANT KENNETH HEARNS'S ANSWER TO PLAINTIFF'S AMENDED**
**COMPLAINT WITH AFFIRMATIVE DEFENSES AND JURY DEMAND**

Now comes the Defendant Kenneth Hearns and answers the
Plaintiff's Amended Complaint as follows:

**INTRODUCTION**

1.    The Defendant Kenneth Hearns considers paragraph one of the
Amended Complaint as introductory only and not requiring a
response.  To the extent that paragraph one alleges facts,
the Defendant denies such allegations.

**JURISDICTION**

2.    The Defendant Kenneth Hearns considers paragraph two as a
pure conclusion of law for which no response is required.
To the extent there are factual allegations deemed inherent
in the jurisdictional statement, the same are denied.

**PARTIES**

3.    The Defendant Kenneth Hearns states that he is without
knowledge or information sufficient to form a belief as to
the truth of the allegations contained in paragraph three
of the Amended Complaint.

4.    The Defendant Kenneth Hearns admits the allegations
contained in paragraph four of the Amended Complaint.

1

5.    The Defendant Kenneth Hearns admits the allegations
      contained in paragraph five of the Amended Complaint.

6.    The Defendant Kenneth Hearns admits the allegations
      contained in paragraph six of the Amended Complaint.

7.    The Defendant Kenneth Hearns admits the allegations
      contained in paragraph seven of the Amended Complaint.

## FACTS

8.    The Defendant Kenneth Hearns admits the allegations
      contained in paragraph eight of the Amended Complaint.

9.    Defendant Kenneth Hearns admits the allegations contained
      in paragraph nine of the Amended Complaint.

10.   The Defendant Kenneth Hearns states that he is without
      knowledge or information sufficient to form a belief as to
      the truth of the allegations contained in paragraph ten of
      the Amended Complaint.

11.   The Defendant Kenneth Hearns denies the allegations
      contained in paragraph eleven of the Amended Complaint.

12.   The Defendant Kenneth Hearns denies the allegations
      contained in paragraph twelve of the Amended Complaint.

13.   The Defendant Kenneth Hearns denies the allegations
      contained in paragraph thirteen of the Amended Complaint.

14.   The Defendant Kenneth Hearns denies the allegations
      contained in paragraph fourteen of the Amended Complaint.

15.   The Defendant Kenneth Hearns denies the allegations
      contained in paragraph fifteen of the Amended Complaint.

16.   The Defendant Kenneth Hearns denies the allegations
      contained in paragraph sixteen of the Amended Complaint.

17.   The Defendant Kenneth Hearns denies the allegations
      contained in paragraph seventeen of the Amended Complaint.

18.   The Defendant Kenneth Hearns denies the allegations
      contained in paragraph eighteen of the Amended Complaint.

19.  The Defendant Kenneth Hearns denies the allegations
     contained in paragraph nineteen of the Amended Complaint.

20.  The Defendant Kenneth Hearns denies the allegations
     contained in paragraph twenty of the Amended Complaint.

21.  The Defendant Kenneth Hearns denies the allegations
     contained in paragraph twenty-one of the Amended Complaint.

22.  The Defendant Kenneth Hearns denies the allegations
     contained in paragraph twenty-two of the Amended Complaint.

23.  The Defendant Kenneth Hearns denies the allegations
     contained in paragraph twenty-three of the Amended
     Complaint.

24.  The Defendant Kenneth Hearns states that he is without
     knowledge or information sufficient to form a belief as to
     the truth of the allegations contained in paragraph twenty-
     four of the Amended Complaint.

25.  The Defendant Kenneth Hearns states that he is without
     knowledge or information sufficient to form a belief as to
     the truth of the allegations contained in paragraph twenty-
     five of the Amended Complaint.

26.  The Defendant Kenneth Hearns states that he is without
     knowledge or information sufficient to form a belief as to
     the truth of the allegations contained in paragraph twenty-
     six of the Amended Complaint.

27.  The Defendant Kenneth Hearns states that he is without
     knowledge or information sufficient to form a belief as to
     the truth of the allegations contained in paragraph twenty-
     seven of the Amended Complaint.

28.  The Defendant Kenneth Hearns states that he is without
     knowledge or information sufficient to form a belief as to
     the truth of the allegations contained in paragraph twenty-
     eight of the Amended Complaint.

29.  Paragraph twenty nine of the Amended Complaint calls for a
     legal conclusion for which no answer is required. To the
     extent an answer is required, Defendant Kenneth Hearns
     denies the allegations contained in paragraph twenty-nine
     of the Amended Complaint.

30.  Paragraph thirty of the Amended Complaint calls for a legal conclusion for which no answer is required. To the extent an answer is required, Defendant Kenneth Hearns denies the allegations contained in paragraph thirty of the Amended Complaint.

31.  Paragraph thirty-one of the Amended Complaint calls for a legal conclusion for which no answer is required. To the extent an answer is required, Defendant Kenneth Hearns denies the allegations contained in paragraph thirty-one of the Amended Complaint.

32.  The Defendant Kenneth Hearns denies the allegations contained in paragraph thirty-two of the Amended Complaint.

33.  The Defendant Kenneth Hearns denies the allegations contained in paragraph thirty-three of the Amended Complaint.

34.  The Defendant Kenneth Hearns states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-four of the Amended Complaint.

## COUNT I
### VIOLATION OF 42 U.S.C. §1983 BY DEFENDANT POLICE OFFICERS

35.  The Defendant Kenneth Hearns repeats and incorporates his answers to paragraphs one through thirty-four.

36.  Paragraph thirty-six of the Amended Complaint calls for a legal conclusion for which no answer is required. To the extent an answer is required, Defendant Kenneth Hearns denies the allegations contained in paragraph twenty-nine of the Amended Complaint.

## COUNT II
### VIOLATION OF MASSACHUSETTS CIVIL RIGHTS ACT: M.G.L. c. 12, §11I BY DEFENDANT POLICE OFFICERS HEARNS AND ACLOQUE

37.  The Defendant Kenneth Hearns repeats and incorporates his answers to paragraphs one through thirty-six.

38.  Paragraph thirty-eight of the Amended Complaint calls for a legal conclusion for which no answer is required. To the

extent an answer is required, Defendant Kenneth Hearns
denies the allegations contained in paragraph twenty-nine
of the Amended Complaint.

### COUNT III
### VIOLATION OF 42 U.S.C. §1983 BY DEFENDANT CITY OF BOSTON

Paragraphs thirty nine through fifty contain allegations
against a Defendant other than Kenneth Hearns, and therefore no
response from Kenneth Hearns is required.  To the extent
paragraphs thirty-nine through fifty are construed to allege
facts, Defendant Kenneth Hearns denies the same.

### AFFIRMATIVE DEFENSES

#### First Affirmative Defense

Defendant Kenneth Hearns states that he was justified in
his acts or conduct and that therefore the Plaintiff cannot
recover.

#### Second Affirmative Defense

By way of affirmative defense, the Defendant Kenneth Hearns
states that no act or omission by him was a proximate cause of
damages allegedly sustained by the Plaintiff.

#### Third Affirmative Defense

Defendant Kenneth Hearns states that at all times pertinent
to this action, he acted in good faith and belief that all
actions were in accordance with the laws of the Commonwealth of
Massachusetts and United States of America.

#### Fourth Affirmative Defense

Defendant Kenneth Hearns states that his acts and conduct
were performed according to, and protected by, law and/or legal
process, and that therefore the Plaintiff cannot recover.

#### Fifth Affirmative Defense

Defendant Kenneth Hearns states that the Plaintiff has
failed to state a claim upon which relief can be granted.

Sixth Affirmative Defense

Defendant Kenneth Hearns states that any injury or damage suffered by the Plaintiff was caused by others for whose conduct the Defendant is not responsible.

Seventh Affirmative Defense

The actions of the Defendant Kenneth Hearns are entitled to protection by a grant of qualified immunity.

Eighth Affirmative Defense

Defendant Kenneth Hearns states that he is immune from suit while engaging in discretionary functions.

Ninth Affirmative Defense

Defendant Kenneth Hearns states that at all times relevant to this Amended Complaint he acted upon probable cause based upon reasonable grounds and that the circumstances justified his conduct.

Tenth Affirmative Defense

Defendant Kenneth Hearns states that he is a public employee entitled to immunity for negligent conduct committed during the scope of his employment pursuant to the Massachusetts Torts Claims Act.

**JURY CLAIM**

The Defendant Kenneth Hearns hereby demands a trial by jury on all counts and causes of action.

6

Respectfully Submitted
DEFENDANT, KENNETH HEARNS
Merita A. Hopkins
Corporation Counsel

By his  attorneys:


/s/ Karen A. Glasgow
_____
Karen A. Glasgow, BBO # 648688
James M. Chernetsky, BBO # 638152
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4034