KENNETH HEARNS
March 15, 2005

Page 13

| | | |
|---|---|---|
| 1 | Q. | In 2001? |
| 2 | A. | Uh-huh. |
| 3 | Q. | Let me see if I can get the date here. July 14, 2001. Does that sound like it might be the date? |
| 6 | A. | Yes, it does. |
| 7 | Q. | Did you see Mario Lacy on that date? |
| 9 | A. | Yes. |
| 10 | Q. | And where did you see him? |
| 11 | A. | On Marvin Street. |
| 12 | Q. | And what was he doing? |
| 13 | A. | Making a drug deal. |
| 14 | Q. | And you saw him making the drug deal? |
| 16 | A. | Yes, sir. |
| 17 | Q. | And who were you with? |
| 18 | A. | Myself. Alone. |
| 19 | Q. | Just alone? |
| 20 | A. | Just alone. |
| 21 | Q. | And how did you know he was making a drug deal? |
| 23 | A. | I watched him. |
| 24 | Q. | And what was he doing? |

```
 1        A.      Took money from a guy, gave the guy
 2   a small object.
 3        Q.      Did you see what the object was?
 4        A.      No, I did not.
 5        Q.      So you could have arrested him at
 6   that point?
 7        A.      Yes, I could have.
 8        Q.      And why didn't you?
 9        A.      Because there -- it was a
10   confidential informant who he -- was buying it
11   from him.
12        Q.      But could you still arrest him then
13   decide later whether you were going to prosecute.
14        A.      No.
15        Q.      Why not?
16        A.      Because the informant was out there
17   working with us.
18        Q.      But nothing prevented you from
19   arresting him for buying from an informant.
20        A.      Yes, I did.  She was an informant.
21        Q.      No.  Technically, you could have
22   arrested --
23        A.      No, sir.  She was an informant.
24        Q.      So you can't arrest someone for
```

| | | |
|---|---|---|
| 1 | A. | No, sir. |
| 2 | Q. | So what did you do then? |
| 3 | A. | Watched him. |
| 4 | Q. | And what did he do? |
| 5 | A. | I saw him go back up Marvin Street |
| 6 | towards Washington Street out of my view. | |
| 7 | Q. | Was there anybody else with him? |
| 8 | A. | No. |
| 9 | Q. | Did you see him with another |
| 10 | individual? | |
| 11 | A. | No, sir. I did not. |
| 12 | Q. | And he went where? |
| 13 | A. | Back to Washington Street. |
| 14 | Q. | And what happened then? |
| 15 | A. | Out of my view. I lost sight of |
| 16 | him. | |
| 17 | Q. | Then what happened? Did you see |
| 18 | him again? | |
| 19 | A. | Then he came back down Marvin |
| 20 | Street again toward the dumpster area. | |
| 21 | Q. | Was he alone? |
| 22 | A. | Yes, he was. |
| 23 | Q. | And what happened then? |
| 24 | A. | He went the dumpster again -- the |

1　same area -- reached into the dumpster again,

2　went out of the dumpster, out of the parking lot,

3　back up Marvin Street towards Washington where

4　Jay Broderick and Juan Seoane stopped him.

5　　Q.　　Two other police officers in the

6　drug control unit?

7　　A.　　Yes, sir.

8　　Q.　　They actually stopped him? Where

9　was that?

10　　A.　　On the side of the bank.

11　　Q.　　And what were the bases of their

12　stopping him?

13　　　MR. CHERNETSKY: Objection.

14　　　THE WITNESS: Thought that he might

15　　had drugs on him.

16　　Q.　　(By Mr. Hrones) So they had

17　grounds to arrest him at that point?

18　　　MR. CHERNETSKY: Objection.

19　　　THE WITNESS: No, sir.

20　　Q.　　(By Mr. Hrones) What was the basis

21　for them stopping him?

22　　　MR. CHERNETSKY: Objection.

23　　　THE WITNESS: Threshold inquiry.

24　　Q.　　(By Mr. Hrones) They had

```
 1      Q.      And then what did you do?
 2      A.      I walked over to Mr. Lacy.
 3      Q.      Why did you do that?
 4      A.      I saw him pushing the -- Juan's
 5   hand from the butt area when Juan was patting him
 6   down.
 7      Q.      Juan was patting him down?
 8      A.      Yes, sir.
 9      Q.      I thought you said this was a
10   threshold inquiry.
11      A.      It was, sir.
12      Q.      But he was patting him down?
13      A.      Yes, he was, sir.
14      Q.      What did you do then?
15      A.      I walked over.
16      Q.      And what did you say?
17      A.      I told Mario to calm down.
18      Q.      And what did Mario say?
19      A.      He calmed down.
20      Q.      What did you do then?
21      A.      I stood there.
22      Q.      And then what happened?
23      A.      They finished talking to him,
24   patting him down.  It was -- Sergeant Feeney came
```

```
 1   over.  Moses Acloque came over.
 2        Q.    Who's Sergeant Feeney?
 3        A.    The sergeant.
 4        Q.    Was he in charge?
 5        A.    Yes, he was.
 6        Q.    He came over?
 7        A.    Yes, he did.
 8        Q.    Who else came over?
 9        A.    Moses Acloque.
10        Q.    How many officers were there at
11   that time?
12        A.    Like maybe four, five.  Five of us.
13        Q.    The two that stopped him
14   originally, you --
15        A.    Uh-huh.
16        Q.    -- Feeney --
17        A.    Uh-huh.
18        Q.    -- and who else?
19        A.    Moses Acloque.
20        Q.    And are they all part of the same
21   drug unit?
22        A.    Yes, they are.
23        Q.    Under Feeney's control?
24        A.    Half under Feeney's control, half
```

Page 31

1   Q.   Seoane was the one that checked the
2   pockets?
3   A.   Yes.
4   Q.   Did he check any other spots?
5   A.   Jay Broderick checked the
6   briefcase.
7   Q.   He had a briefcase?
8   A.   Yes, he did.
9   Q.   And did he find anything in the
10  briefcase?
11  A.   No, sir.
12  Q.   Did Mario say anything during this
13  time period?
14  A.   He said why are you all bothering
15  me for.
16  Q.   What did you guys say, or was there
17  anyone who responded?
18  A.   I don't remember.
19  Q.   Did anyone ask him about whether he
20  sold to the undercover agent?
21  A.   Not that I remember.
22  Q.   Did you see that undercover person
23  again that evening?
24  A.   I didn't.

1    Q.    While you were on the scene with
2  Mario and people were searching him, did anyone
3  else come on the scene?
4          MR. HRONES: Wait. Wait. Mario,
5      he just can say what he wants. Listen,
6      Mario. You'll get your chance. Just
7      listen. Okay? We'll talk about it.
8      Mario, just relax. Would you be quiet,
9      Mario? Mario, do you wan to leave here
10     now? You're not allowed to do that. Do
11     you understand that? Do you understand
12     that, Mario? Do you want to leave?
13             Would you be quiet? You will
14     get your chance. Be quiet, Mario. Will
15     you? Do you understand? You take notes
16     and listen and you just -- okay? Okay,
17     Mario? Can you control yourself, or do you
18     want to leave?
19   Q.    (By Mr. Hrones) So what happened
20  at that point after he'd been searched?
21   A.    During the search couple of times,
22  Juan Seoane went to pat his rear area. He kind
23  of, like, turned. I observed Mario turn away
24  from him. So after --

KENNETH HEARNS
March 15, 2005

Page 36

1  Q.  Jay who?
2  A.  Jay Broderick.
3  Q.  So you're saying he went to the car
4  to get an evidence bag?
5  A.  Yes, sir.
6  Q.  And what happened then?
7  A.  When he came back, Mario stopped
8  like he was -- he was going to go to the back of
9  the pants, but he didn't. Two or three times he
10 -- like he was motioning. He didn't go back
11 there. He didn't reach into his pants at all.
12 Q.  Right. Okay. What happened then?
13 A.  At which time I said to him stop
14 messing around, give it to us so we can get out
15 of here.
16 Q.  So you thought he had drugs on him?
17 A.  I did.
18 Q.  And you wanted those drugs.
19 A.  Yes, sir.
20 Q.  So what happened then?
21 A.  At which time Sergeant Feeney said
22 if you think he's got something back there, check
23 him.
24 Q.  And what did you interpret that to

KENNETH HEARNS
March 15, 2005

Page 37

1  mean?
2      A.      Check the back of his pants around
3  the waistband and back of his pants area for
4  drugs.
5      Q.      Feeney was giving you authority
6  to --
7      A.      Yes, sir.
8      Q.      -- to search?
9      A.      Yes, sir.
10     Q.      Did you need his authority?
11     A.      He was my supervisor, sir.
12     Q.      So what did you do at that point?
13     A.      I said to him -- I said to Jay you
14  got gloves. I said to all the guys anyone got
15  gloves. No one had gloves. I said to him give
16  me that bag you had in your hand.
17     Q.      Do you normally have gloves?
18     A.      Lot of guys do. Some don't.
19     Q.      Why do you have gloves?
20     A.      People who are disgusting, people
21  who have AIDS, people sweating.
22     Q.      When you're doing what type of
23  search?
24     A.      Any kind of search, sir. Even

KENNETH HEARNS
March 15, 2005

Page 40

1  you?
2  A.  No, sir. I didn't have any gloves.
3  Q.  He didn't go to the car to get the
4  evidence bag to use for that purpose?
5  A.  No, sir. He did not.
6  Q.  And you just thought I'll use it
7  for the purpose of protecting myself when I
8  search Mario?
9  A.  Correct, sir.
10 Q.  And what exactly did you do in
11 terms of that search?
12 A.  I put the bag on. It came right to
13 here on my hand. It was too small. I put it
14 right to here on my hand. I pulled his pants
15 back, looked, told Sergeant Feeney nothing there,
16 let it go. It snapped by accident.
17 Q.  You pulled his underpants out?
18 A.  He had sweatpants.
19 Q.  And his underpants?
20 A.  Yes, sir.
21 Q.  So you could see his rear end?
22 A.  Yes, sir.
23 Q.  And did you see anything?
24 A.  No, sir.

Page 41

1  Q.  And did you realize that you were
2  violating police regulations by doing that?
3       MR. CHERNETSKY: Objection.
4       THE WITNESS: No, sir.
5  Q.  (By Mr. Hrones) Do you realize
6  this was a strip search as defined by the Boston
7  Police Regulations?
8  A.  No, it's not.
9  Q.  How do you define a strip search?
10 A.  Check his scrotum area, open his
11 butt cheeks. That's a strip search.
12 Q.  When you actually open the butt
13 cheeks?
14 A.  Yes, sir.
15 Q.  You believe in order to be a strip
16 search, you actually have to have his buttocks
17 pulled apart?
18 A.  Yes, sir. And also have his
19 clothes pulled down or off.
20 Q.  Do you know how it's defined in the
21 regulation?
22 A.  I do.
23 Q.  And do you happen to know that
24 under oath, Sergeant Feeney testified that what

KENNETH HEARNS
March 15, 2005

Page 42

1  you did was a strip search?
2      A.    I don't know what Sergeant Feeney
3  testified to.  I wasn't there.
4      Q.    It's your position it wasn't a
5  strip search?
6      A.    Not to myself it wasn't, sir.
7      Q.    But you say you're familiar with
8  the regulations.
9      A.    I am, sir.
10     Q.    And do you agree that a strip
11 search is defined as follows:  The removal or
12 rearrangement of some or so -- all of the
13 arrested person's clothing so as to permit a
14 visual inspection of the breast, buttocks, anus
15 or genitalia?
16     A.    Correct.
17     Q.    This doesn't include touching or
18 prodding.
19     A.    Correct.
20     Q.    You pulled his pants out and his
21 underpants out so you actually saw his ear end.
22     A.    Correct, sir.
23     Q.    And under the definition, that is a
24 strip search.

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

KENNETH HEARNS
March 15, 2005

Page 43

1    A.    Correct, sir.

2    Q.    And you didn't do a strip search
3  that night?

4    A.    According to that, I did.

5    Q.    That's not authorized, is it?
6  Outside of a police station or pursuant to a
7  warrant, there's no authority to do a strip
8  search, is there?

9    A.    Correct, sir.

10   Q.    So you violated regulations that
11 night.

12   A.    No, sir. I feel I did not.

13   Q.    But you did a strip search.

14   A.    Correct, sir.

15         MR. HRONES: No. No. Listen,
16 we'll talk -- we'll get a chance. I can
17 ask him questions but -- take notes. Okay?
18 You'll get your chance. Just relax, Mario.
19 You have a lawyer. I'm representing your
20 rights. This is not the time to -- this is
21 like a court of law. You've got to be
22 quiet.

23   Q.    (By Mr. Hrones) And the regulation
24 says police officers are prohibited from

KENNETH HEARNS
March 15, 2005

Page 45

1  Q.  On how many occasions?

2  A.  Maybe three or four times.

3  Q.  And what type of searches were
4  those?

5  A.  You get drugs.

6  Q.  No. But --

7  A.  You get drugs.

8  Q.  Were they strip searches?

9  A.  I felt drugs, took them out.

10  Q.  I'm not talking about that. I'm
11  talking about other occasions --

12  A.  That was before --

13  Q.  That you pulled --

14  A.  -- to get drugs out. I felt drugs.
15  I took them out.

16  Q.  Here you took his pants, opened it
17  up without feeling anything. Was that the first
18  time you'd done that?

19  A.  Maybe the second or third time.

20  Q.  What were the other occasions you
21  did that?

22  A.  I don't remember exactly. I just
23  know I have.

24  Q.  What did you do on the other

Page 62

1        MR. CHERNETSKY: Objection.
2        THE WITNESS: He didn't see drugs
3    exchanged.
4        Q.    (By Mr. Hrones) He saw something
5    exchanged.
6        A.    Money. That's it. Just gave him
7    money. He walked to the dumpster, never got back
8    to her.
9        Q.    I see. There wasn't an exchange at
10   that point?
11       A.    That's what I said.
12       Q.    Now, who was present when you
13   looked down his pants?
14       A.    Sergeant Feeney, Moses Acloque, Jay
15   Broderick, Juan Seoane and myself.
16       Q.    When you do that type of search,
17   it's supposed to be somewhat private, is it not?
18       A.    Correct, sir.
19       Q.    There were five officers there.
20       A.    Standing around him. Yes, sir.
21       Q.    Why didn't you make an effort to
22   make it private?
23       A.    We did.
24       Q.    How was it made private?

KENNETH HEARNS
March 15, 2005

Page 68

```
 1        Q.      Where were you positioned when you
 2   did the search?
 3        A.      Right here.
 4        Q.      Were you in the alley?
 5        A.      Yes, sir.  By the garage wall.
 6        Q.      Can you point out where you were?
 7        A.      (Witness complying)
 8        Q.      So you're almost out on the street?
 9        A.      No, sir.  In the alley.
10        Q.      Barely in the alley by a foot or
11   two.
12        A.      Yes, sir.
13                MR. CHERNETSKY:  Is that an H?
14                THE WITNESS:  No, sir.  It's a
15   star.
16                MR. CHERNETSKY:  So the X is
17   showing --
18        Q.      (By Mr. Hrones)  The X is -- the H
19   is -- the HH, we'll say, is where you were --
20        A.      Uh-huh.
21        Q.      -- when you searched him?
22        A.      Yes, sir.
23        Q.      And where was your supervisor?
24        A.      Right here where the first H -- X
```