UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO LACY,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>WILLIAM J. FEENEY, KENNETH )<br>HEARNS, JEAN MOSES  )<br>ACLOQUE, and the  )<br>CITY OF BOSTON,  )<br>    Defendants.  )<br>  ) | C.A No. 04-11492-REK |

**PLAINTIFFS' JURY VERDICT FORM**

1.      Do you find, by a preponderance of the evidence, that the Plaintiff was subjected to an unreasonable anal cavity search in violation of the Fourth Amendment?

_____       _____
  Yes            No

*If you answer yes to this Question, proceed to Question 2, if you answer No, proceed to Question 6.*

2.      Which of the following officers do you find were involved in the anal cavity search found by you in Question 1?

|  | Yes | No |
|---|---|---|
| Feeney | _____ | _____ |
| Hearns | _____ | _____ |
| Acloque | _____ | _____ |

3.      What amount of money should be paid to Mario Lacy compensate him for the harm and/or emotional suffering caused by this anal cavity search?

$_____

1

4.	How should the compensatory damages be apportioned among the defendants you found liable for the anal cavity search based on a percentage of 100%?

|  | Percentage |
|---|---|
| Feeney | _____ |
| Hearns | _____ |
| Acloque | _____ |

5.	Do you award punitive damages to Mario Lacy against any of the above officers based on the anal cavity search you found in Question 1?

|  | Yes | If yes, amount | No |
|---|---|---|---|
| Feeney | _____ | _____ | _____ |
| Hearns | _____ | _____ | _____ |
| Acloque | _____ | _____ | _____ |

6.	Do you find, by a preponderance of the evidence, that the Plaintiff was subjected to an unreasonable strip search in violation of the Fourth Amendment?

_____    _____
  Yes         No

*If you answer yes to this Question, proceed to Question 7, if you answer No, proceed to Question 12.*

7.	Which of the following officers do you find were involved in the strip search found by you in Question 6?

|  | Yes | No |
|---|---|---|
| Feeney | _____ | _____ |
| Hearns | _____ | _____ |
| Acloque | _____ | _____ |

8.	Do you find, by a preponderance of the evidence, that the City of Boston had custom of tolerating illegal strip searches during drug investigations where there was no warrant, and that this custom was a moving force behind the violation of plaintiff's Fourth Amendment Rights?

Yes   _____
No    _____

2

9.   What amount of money should be paid to Mario Lacy compensate him for the harm and/or emotional suffering caused by this unreasonable strip search? *(Do not award damages in question 9 if you have awarded damages in Question 3, if you did not award damages in question 3, consider Question 9)*

$_____

10.   How should the compensatory damages be apportioned among the defendants you found liable for the strip search based on a total percentage of 100%?

|                | Percentage |
|----------------|------------|
| Feeney         | _____ |
| Hearns         | _____ |
| Acloque        | _____ |
| City of Boston | _____ |

11.   Do you award punitive damages to Mario Lacy against any of the above officers based on the strip search you found in Question 6?

|         | Yes | If yes, amount | No |
|---------|-----|----------------|-----|
| Feeney  | _____ | _____ | _____ |
| Hearns  | _____ | _____ | _____ |
| Acloque | _____ | _____ | _____ |

12.   Do you find, by a preponderance of the evidence, that the Plaintiff was subjected to excessive force in violation of the Fourth Amendment?

_____   _____
  Yes         No

*If you answer yes to this Question, proceed to Question 13.  If you answer no to this Question, proceed to Question 17.*

13.   Which of the following officers do you find were involved in the use of force found by you in Question 12?

|         | Yes | No |
|---------|-----|-----|
| Feeney  | _____ | _____ |
| Hearns  | _____ | _____ |
| Acloque | _____ | _____ |

14. What amount of money should be paid to Mario Lacy compensate him for the harm and/or emotional suffering caused by this use of force?

$_____

15. How should the compensatory damages be apportioned among the defendants you found liable for the unreasonable use of force based on a total percentage of 100%?

|         | Percentage |
|---------|------------|
| Feeney  | _____ |
| Hearns  | _____ |
| Acloque | _____ |

16. Do you award punitive damages to Mario Lacy against any of the above officers based on use of force you found in Question 12?

|         | Yes | If yes, amount | No |
|---------|-----|----------------|-----|
| Feeney  | _____ | _____ | _____ |
| Hearns  | _____ | _____ | _____ |
| Acloque | _____ | _____ | _____ |

17. Do you award interest on the damages you have assessed today?

_____    _____
Yes        No

                                                Respectfully Submitted,
                                                The Plaintiff, Mario Lacy
                                                By his attorney,

                                                _____
                                                Stephen Hrones
                                                BBO # 242860
                                                Jessica Hedges
                                                BBO # 645847
                                                HRONES, GARRITY & HEDGES
                                                Lewis Wharf, Bay 232
                                                Boston, MA  02110 – 3927
                                                (617) 227 – 4019

5

**CERTIFICATE OF SERVICE**

    I, Jessica D. Hedges, hereby certify that, on this the 7th day of April, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

                                              <u>//s// Jessica D. Hedges</u>
                                              Jessica D. Hedges