UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO LACY,         )<br>        Plaintiff,    )<br>                     )<br>v.                   )<br>                     )<br>WILLIAM J. FEENEY, KENNETH )<br>HEARNS, JEAN MOSES   )<br>ACLOQUE,             )<br>and the CITY OF BOSTON, )<br>        Defendants.  )<br>                     ) | C.A No. 04-11492-REK |

## PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

The plaintiff Mario Lacy respectfully submits the following Supplemental witness list, pursuant to this Court's procedural order.

Supplemental Witness List

The following witnesses are all employed by the Boston Police Department:

1. Susan Coyne
2. Victoria Colbern
3. Sergeant Maloney
4. Christine Stephens
5. Donald Hayes

    Respectfully Submitted,
    The Plaintiff, Mario Lacy
    By his attorneys,

    //s// Jessica D. Hedges
    Stephen Hrones
    BBO # 242860
    Jessica Hedges
    BBO # 645847
    HRONES, GARRITY & HEDGES

Lewis Wharf, Bay 232<br>
Boston, MA  02110 – 3927<br>
(617) 227 – 4019

## CERTIFICATE OF SERVICE

I, Jessica D. Hedges, hereby certify that, on this the 11th day of April, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

//s// Jessica D. Hedges<br>
Jessica D. Hedges