UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIO LACY, | ) | |
|      Plaintiff, | ) | C.A No. 04-11492-REK |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM J. FEENEY, KENNETH | ) | |
| HEARNS, JEAN MOSES | ) | |
| ACLOQUE, | ) | |
| and the CITY OF BOSTON, | ) | |
|      Defendants. | ) | |
| | ) | |

## PLAINTIFF'S MOTION TO SEQUESTER DEFENDANTS' WITNESSES

Now comes the plaintiff Mario Lacy and moves to sequester any and all witnesses for the defendants.

As grounds therefore, the plaintiffs state that this is a case where the credibility of several of the defendants and defense witnesses is at issue. Additionally, the defendants' credibility with respect to events that transpired and the manner in which they unfolded are of critical importance. The plaintiff therefore, requests that none of the defense witnesses be in the courtroom while either the defendants or defense witnesses testify.

Wherefore, the plaintiff moves this Honorable Court to grant their motion to sequester the defendants' witnesses.

Respectfully Submitted,
Mario Lacy.
By his attorneys,

//s// Jessica D. Hedges
Stephen Hrones
BBO # 242860
Jessica D. Hedges
BBO # 645847
Hrones, Garrity, & Hedges

Lewis Wharf – Bay 232
Boston, MA   02110-3927
(617) 227-4019

## CERTIFICATE OF SERVICE

I, Jessica D. Hedges, hereby certify that, on this the 12th day of April, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

//s// Jessica D. Hedges
Jessica D. Hedges