UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO LACY,  )<br>  Plaintiff  ) | C.A No. 04-11492REK |
| )  | |
| v.   ) | **PLAINTIFF MARIO LACY'S** |
| )  | **MOTION TO CONTINUE TRIAL** |
| WILLIAM J. FEENEY, KENNETH )<br>HEARNS, JUAN J. SEOANE,   )<br>and the CITY OF BOSTON,   )<br>  Defendants  )<br>  ) | |

    Now comes the Plaintiff Mario Lacy in the above-captioned proceeding and moves to continue the trial scheduled for July 30, 2006 on the grounds that Plaintiff's attorney's vacation plans have changed due to his son's wedding, which has only recently been scheduled for the middle of August.  This court has projected a possible four-week trial.  Furthermore, James Chernetsky, the Defendants' attorney, is leaving his job as a City of Boston attorney in the middle of July and a new attorney must come up to speed on the case.

    The Plaintiff respectfully requests the Honorable Court continue this case to some time in the Fall.


Dated:  May 25, 2006                            Respectfully submitted,
                                                The Plaintiff Mario Lacy,
                                                By his attorneys,


                                                __//S//STEPHEN B. HRONES_____
                                                Stephen B. Hrones (BBO No. 242860)
                                                Jessica D. Hedges (BBO No. 645847)
                                                HRONES & GARRITY
                                                Lewis Wharf–Bay 232
                                                Boston, MA 02110-3927
                                                T) 617/227-4019