UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO LACY, )<br>   Plaintiff ) | C.A No. 04-11492REK |
| ) | |
| v. ) | **PLAINTIFF MARIO LACY'S MOTION TO** |
| ) | **CONTINUE STATUS DATE** |
| WILLIAM J. FEENEY, KENNETH )<br>HEARNS, JUAN J. SEOANE, )<br>and the CITY OF BOSTON, )<br>   Defendants )<br>) | |

Now comes the Plaintiff Mario Lacy in the above-captioned proceeding, and respectfully requests that this Honorable Court to continue the date of the Status Hearing from July 7, 2006 to either July 14 or July 17, 2006, as Plaintiff's counsel will be on vacation the week of the Fourth of July.

Dated: July 22, 2006　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　The Plaintiff Mario Lacy,
　　　　　　　　　　　　　　　　　　　　By his attorneys,


　　　　　　　　　　　　　　　　　　　　_____//S// STEPHEN HRONES_____
　　　　　　　　　　　　　　　　　　　　Stephen B Hrones (BBO No. 242860)
　　　　　　　　　　　　　　　　　　　　Jessica D Hedges (BBO No. 645847)
　　　　　　　　　　　　　　　　　　　　HRONES GARRITY & HEDGES LLP
　　　　　　　　　　　　　　　　　　　　Lewis Wharf-Bay 232
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110-3927
　　　　　　　　　　　　　　　　　　　　T) 617/227-4019