UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIO LACY,                          )
                                     )
   Plaintiff                    )
                                     )
v.                                   )
                                     )          Civil Action No:  04-11492- WGY
CITY OF BOSTON, ET AL                )
                                     )
   Defendants                   )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

     Please enter my appearance as counsel on behalf of the City defendants:  City of Boston, William Feeney, Kenneth Hearns, and Jean Moses Acloque.

     Respectfully submitted,
     CITY OF BOSTON

     By their attorney:

     /s/ Susan M. Weise
     Susan M. Weise
     First Assistant Corporation Counsel
     BBO# 545455
     City of Boston Law Department
     Room 615, City Hall
     Boston, MA  02201
     (617) 635-4040

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of this document was served upon counsel of record via electronic filing.

6/23/06                              /s/ Susan M. Weise
_____                          _____
Date                                 Susan M. Weise