UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11492-WGY

MARIO LACY,
    Plaintiff,

v.

WILLIAM J. FEENEY, Jr.,
KENNETH HEARNS, JEAN
MOSES ACLOQUE AND THE
CITY OF BOSTON
    Defendants.

**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE ANY EVIDENCE REGARDING JUDGE GERTNER'S OPINION AS TO WITNESSES JOHN BRODERICK'S AND JUAN SEOANE'S CREDIBILITY**

Now come Defendants William Feeney, Kenneth Hearns, Jean Moses Acloque and the City of Boston and hereby move this Honorable Court to preclude any mention during opening, during cross examination and closing, of Judge Nancy Gertner's opinion in *U.S. v. Dessesaure (Dessesaure I)*, 314 F.Supp.2d 81 (D.Mass. 2004) and *U.S. v. Dessesaure (Dessesaure II)*, 323 F.Supp.2d 211 (D.Mass. 2004). In support of this motion Defendants submit the attached Memorandum of Law.

                                    RESPECTFULLY SUBMITTED
                                    DEFENDANTS
                                    William F. Sinnott
                                    Corporation Counsel

                                    By their attorney:


                                    /s/ Karen A. Glasgow
                                    _____
                                    Karen A. Glasgow BBO#  648688
                                    Susan M. Weise BBO #  545455
                                    Assistant Corporation Counsel
                                    City of Boston Law Department
                                    Room 615, City Hall
                                    Boston, MA 02201
October 5, 2006                   (617) 635-3238