UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11492-WGY

MARIO LACY,
    Plaintiff,

v.

WILLIAM J. FEENEY, JR., KENNETH HEARNS, JEAN MOSES ACLOQUE and THE CITY OF BOSTON,
    Defendants.

**ORDER FOR THE PRODUCTION OF RECORDS**

It is hereby ORDERED that the person in charge of records at Boston Police Department, Boston Police Headquarters, One Schroeder Plaza, Boston, MA 02120 produce copies of Police Incident Reports (1.1,) regarding a complaint filed on or about July 14, 2001, by Mario Lacy, date of birth 11/03/56, and registered under complaint No. 010382590.

The records are to be produced to: Attorney Karen A. Glasgow, City of Boston Law Department, City Hall, Room 615, Boston, MA 02201 and Attorney Stephen Hrones, Hrones & Garrity, Lewis Wharf, Bay 231, Boston, MA 02110 within 10 days of this Court order.

BY THE COURT:

_____
Honorable William G. Young
United States District Court

DATED:

The _____ day of October 2006