UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11492-WGY

MARIO LACY,
    Plaintiff,

v.

WILLIAM J. FEENEY, JR.,
KENNETH HEARNS, JEAN MOSES
ACLOQUE and THE CITY OF
BOSTON,
    Defendants.

## ORDER FOR THE PRODUCTION OF RECORDS

It is hereby ORDERED that the person in charge of records at Boston Police Department, Boston Police Headquarters, One Schroeder Plaza, Boston, MA 02120 produce copies of Police Incident Reports (1.1,) regarding a complaint filed on or about July 14, 2001, by Mario Lacy, date of birth 11/03/56, and registered under complaint No. 010382590.

The records are to be produced to: Attorney Karen A. Glasgow, City of Boston Law Department, City Hall, Room 615, Boston, MA 02201 and Attorney Stephen Hrones, Hrones & Garrity, Lewis Wharf, Bay 231, Boston, MA 02110 within 10 days of this Court order.

BY THE COURT:

_William G. Young_
Honorable William G. Young
United States District Court

DATED:

The ___23d___ day of October 2006