UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11492-WGY

MARIO LACY,
    **Plaintiff.**

v.

WILLIAM J. FEENEY, JR., KENNETH HEARNS, JEAN MOSES ACLOQUE and THE CITY OF BOSTON,
    Defendants.

## MOTION TO WITHDRAW JAMES M CHERNETSKY AS COUNSEL OF RECORD FOR THE DEFENDANTS

Now come the Defendants and respectfully request that this Honorable Court withdraw the appearance of James M. Chernetsky as counsel of record for the Defendants, William J Feeney, Kenneth Hearns, Jean Moses Acloque and the City of Boston in the above-captioned matter. James M. Chernetsky is no longer employed by the City of Boston.

Respectfully submitted,

DEFENDANTS, WILLIAM FEENEY, KENNETH HEARNS AND JEAN MOSES ACLOQUE

William F. Sinnott
Corporation Counsel
By their attorneys,

/s/ Karen A. Glasgow
_____
Karen A. Glasgow   BBO# 648688
Susan M. Weise, BBO # 545455
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-3238