**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION No. 04-11492-WGY

| |
|---|
| MARIO LACY,<br>          Plaintiff,<br><br>v.<br><br>WILLIAM J. FEENEY, Jr.,<br>KENNETH HEARNS, JEAN<br>MOSES ACLOQUE AND THE<br>CITY OF BOSTON<br>          Defendants. |

**DEFENDANTS' SUPPLEMENTAL WITNESS LIST**

The Defendants, William Feeney, Kenneth Hearns and Jean Moses Acloque respectfully submit the following supplemental witness list

Dr. Michael Tibbles – Doctor who examined Plaintiff on 7/14/2001 at Boston Medical Center
Beverly Hospital
85 Herrick Street
Beverly, MA  01915

Respectfully Submitted,
DEFENDANTS, WILLIAM FEENEY,
KENNETH HEARNS, AND JEAN MOSES
ACLOQUE

By their attorneys:

/s/ Karen A. Glasgow
_____
Karen A. Glasgow, BBO # 648688
Susan M. Weise, BBO # 545455
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-3238 (KAG)