UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11492-WGY

| | |
|---|---|
| MARIO LACY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| WILLIAM J. FEENEY, Jr., | ) |
| KENNETH HEARNS, JEAN | ) |
| MOSES ACLOQUE, AND THE | ) |
| CITY OF BOSTON | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S SUPPLEMENTAL WITNESS LIST**

The Plaintiff, Mario Lacy respectfully submits the following supplemental witness list:

Juli Watkins - Serologist who tested evidence bag for feces (Defendant already informed would call several weeks ago with no objection).
Los Angeles, CA 90066

Respectfully Submitted,
The Plaintiff, Mario Lacy,
By his attorney,

//ss// Stephen Hrones
Stephen Hrones, BBO#242860
Hrones, Garrity & Hedges
Lewis Wharf – Bay 232
Boston, MA 02110-3927
(617)227-4019