UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11492-WGY

| | |
|---|---|
| MARIO LACY,<br>        Plaintiff,<br><br>v.<br><br>WILLIAM J. FEENEY, Jr.,<br>KENNETH HEARNS, JEAN<br>MOSES ACLOQUE AND THE<br>CITY OF BOSTON<br>        Defendants. | |

**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE THE PLAINTIFF FROM REFERRING TO S.E.RI. LAB REPORT IN OPENING STATEMENT**

Defendants William J. Feeney, Jr., Kenneth Hearns, and Jean Moses Acloque ("Defendants") move *in limine* to preclude Plaintiff from referring to the S.E.R.I. laboratory report in his opening statement or in testimony other than through a witness from S.E.R.I. This report was excluded by Judge Keeton on April 18, 2006, paper #50.

Thus, Defendants request that this Honorable Court direct Plaintiff's counsel not to mention said report and its contents in any way throughout the trial - in his opening statement, during questioning of any witnesses or during his closing argument.

1

RESPECTFULLY SUBMITTED
DEFENDANTS
William F. Sinnott
Corporation Counsel

By their attorneys:

/s/ Karen A. Glasgow
_____
Karen A. Glasgow, BBO#  648688
Susan M. Weise, BBO # 545455
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-3238

2