Pages 1-13

BOSTON POLICE DEPARTMENT

INTERNAL AFFAIRS DIVISION
IAD CASE NO.: 171-01

### INTERVIEW OF POLICE OFFICER CLIFTON HAYNES

Requested By:  Sergeant Detective John O'Malley

Held at:       Boston Police Headquarters
               1 Schroeder Plaza
               Boston, Massachusetts 02120

Taken on:      October 11, 2001

Attachment #18

8

1  communications?
2  A.  I think it may have been Detective Acloque at the
3     time who said there were two individuals walking
4     towards Marvin Street and towards Washington.
5     Then there was another person saying, "Well, we
6     are near that area." They stopped someone in that
7     area but I never made it to that area.
8  Q.  To your knowledge was an individual stopped on
9     Marvin Street by officers assigned to the Drug
10    Control Unit?
11 A.  To my knowledge there was some person stopped.
12 Q.  To your knowledge was that person detained for a
13    period of time?
14 A.  Yeah, to the best of my knowledge, yes. The
15    person was detained at that time.
16 Q.  Was there any additional radio traffic on -- was
17    it Channel 9 you were monitoring or was it Channel
18    10?
19 A.  We were on Channel 10. I told Detective Acloque
20    that I was going off the set for a minute. I had
21    to go the court to the bathroom. So I went off
22    the set and I didn't come out to the area.
23         SERGEANT DETECTIVE O'MALLEY:
24    Lieutenant, do you have any questions at this

Lee & Associates * Certified Court Reporters * (781) 848-9693

326

1   was purchased from?

2   A.   I didn't know at that time who it was.

3   Q.   Subsequent to that situation in the MBTA Station
4        were you involved in an investigation of drug
5        activity or supposed drug activity on Marvin
6        Street involving one Mario Lacy?

7   A.   I wasn't there. I was involved in the
8        investigation because I was part of the whole
9        group but I was not at that location.

10  Q.   What location were you assigned to at that time,
11       do you recall?

12  A.   I was in the outskirts with my vehicle. There
13       were enough officers to take care of that
14       situation on Marvin Street so I never got to
15       Marvin Street.

16  Q.   Is it fair to say that you were assigned in a
17       back-up capacity?

18  A.   That's correct.

19  Q.   Did you make any observations of Mr. Lacy at any
20       time?

21  A.   No, I didn't.

22  Q.   Did you monitor any radio transmissions?

23  A.   Yes, I did.

24  Q.   Do you recall the content of those radio