UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO LACY,       )<br>    Plaintiff,       )<br>                          )<br>v.                        )<br>                          )<br>                          )<br>WILLIAM J. FEENEY, KENNETH )<br>HEARNS, and JEAN MOSES     )<br>ACLOQUE,                   )<br>    Defendants.    )<br>                          ) | C.A No. 04-11492-WGY |

## PLAINTIFF'S OPPOSITION TO MOTION IN LIMINE

Now comes the Plaintiff, Mario Lacy, and hereby opposes the Defendants' motion in limine to exclude the SERI lab report. As grounds therefore, the Plaintiff states that the entirety of Defendants' argument addresses the weight of the evidence, not its admissibility. If Defendants believe that the bag--located by the Sexual Assault Unit and sent to the SERI Lab for testing pursuant to the criminal investigation into Defendant Hearns' actions--is not the same bag used as a glove by Hearns during the search of the Plaintiff, then they can argue this to the jury during closing.

                                    Respectfully Submitted,
                                    Plaintiff Mario Lacy
                                    By his attorneys,

                                    <u>//s// Michael Tumposky</u>
                                    Stephen B. Hrones
                                    BBO # 242860
                                    Jessica Hedges
                                    BBO # 645847
                                    Michael Tumposky
                                    BBO # 660618
                                    Hrones, Garrity & Hedges
                                    Lewis Wharf-Bay 232
                                    Boston, MA 02110-3927
                                    (617) 227-4019

2

**CERTIFICATE OF SERVICE**

    I, Michael Tumposky, hereby certify that, on this the 27th day of November, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

                                                      //s// Michael Tumposky
                                                      Michael Tumposky