UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO LACY,  )  <br>    Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> WILLIAM J. FEENEY, KENNETH )  <br> HEARNS, and JEAN MOSES  ) <br> ACLOQUE  ) <br>    Defendants.  ) <br>  ) | C.A No. 04-11492-WGY |

**PLAINTIFF'S JURY VERDICT FORM**

1.    Do you find, by a preponderance of the evidence, that the Plaintiff was subjected to an anal cavity search?

_____     _____
   Yes           No

*If you answer yes to this Question, proceed to Question 2, if you answer No, proceed to Question 5.*

2.    Which of the following officers do you find were involved in the anal cavity search found by you in Question 1?

|  | Yes | No |
|---|---|---|
| Hearns | _____ | _____ |
| Acloque | _____ | _____ |
| Feeney | _____ | _____ |

3.    Do you find that Supervisor Feeney's actions or failure to act in his role as a Supervisor can be affirmatively linked to the body cavity search found by you in Question 1?

   Yes          No
_____     _____

4. What amount of money should be awarded to Mario Lacy compensate him for the harm and/or emotional suffering caused by this anal cavity search?

$_____

5. Do you find, by a preponderance of the evidence, that the Plaintiff was subjected to an unreasonable strip search?

_____   _____
   Yes         No

*If you answer yes to this Question, proceed to Question 6, if you answer No, proceed to Question 9.*

6. Which of the following officers do you find were involved in the strip search found by you in Question 5?

|         | Yes       | No        |
|---------|-----------|-----------|
| Feeney  | _____ | _____ |
| Hearns  | _____ | _____ |
| Acloque | _____ | _____ |

7. Do you find that Supervisor Feeney's actions or failures to act in his role as a Supervisor can be affirmatively linked to the strip search found by you in Question 6?

     Yes              No
_____         _____

8. What amount of money should be awarded to Mario Lacy compensate him for the harm and/or emotional suffering caused by the strip search found by you in Question 1?

$_____

9. Do you find, by a preponderance of the evidence, that the Plaintiff was subjected to excessive force?

_____   _____
   Yes         No

*If you answer yes to this Question, proceed to Question 10. If you answer no to this Question, proceed to Question 13.*

10. Which of the following officers do you find were involved in the use of excessive force found by you in Question 9?

|  | Yes | No |
|---|---|---|
| Feeney | _____ | _____ |
| Hearns | _____ | _____ |
| Acloque | _____ | _____ |

11. Do you find that Supervisor Feeney's actions or failures to act in his role as a Supervisor can be affirmatively linked to the excessive use of force found by you in Question 9?

   Yes           No
_____     _____

12. What amount of money should be awarded to Mario Lacy compensate him for the harm and/or emotional suffering caused by the use of force found by you in Question 9?

$_____

13. Do you find that Plaintiff's Fourth Amendment Rights were violated through threats, intimidation, and or coercion?

   Yes           No
_____     _____

14. What amount of money should be paid to Mario Lacy compensate him for the harm and/or emotional suffering caused by the violation of his civil rights through threats, intimidation, and coercion?

$_____

15. Do you award interest on the damages you have assessed today?

   Yes           No
_____     _____

        Respectfully Submitted,
        The Plaintiff, Mario Lacy
        By his attorney,


        //s// Michael Tumposky
        Stephen Hrones
        BBO # 242860
        Jessica Hedges
        BBO # 645847
        Michael Tumposky
        BBO # 660618
        Hrones, Garrity & Hedges, LLP
        Lewis Wharf, Bay 232
        Boston, MA  02110 – 3927
        (617) 227 – 4019

**CERTIFICATE OF SERVICE**

    I, Michael Tumposky, hereby certify that, on this the 27th day of November, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

        //s// Michael Tumposky
        Michael Tumposky