# United States District Court

DISTRICT OF _____

Lacy
v.
Feeney, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CA 04-11492-WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Hrones | Weise, Glaskow |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/20/06 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/20/06 | | | Kenneth Hearns |
| | | 11/21/06 | | | Kenneth Hearns |
| | | | | 1 | Photo - 1st bldg, fence, conc |
| | | | | 2 | Photo - white bldg |
| | | | | 3 | Photo - conc - plastic bag |
| | | | | 4 | Photo - dumpster |
| | | | | | ~~John~~ Jean ~~Alogue~~ Aclogue |
| | | | A | 5 | Strip search and body cavity procedures 6/1/99 |
| | | | | | Lorraine Henshaw |
| | | | | 6 | Photo of neck |
| | | | | 7 | evidence bag |
| | | | | 8 | evidence bag (plastic bag) |
| | | | | 9 | Photo - conc, plastic bag, spoon |
| | | | | 10 | Photo - "     "   newspaper |
| | | | | 11 | photo of dumpster & debris |
| | | | | 12 | Photo - 2 concs/fence/debris |
| | | | | | Amy Kraatz |
| | | | | | William Feeney |
| | | 11/22/06 | | | William Feeney |
| | | | | | Juan Seoane |
| | | | | | Christine Stevens |
| | | | | | Jury questions #1, #2 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| \| Lacy    vs.    Feeney | | | | | CASE NO. CA 04-11492-WGY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 11/22/06 | | | Mario Lacy |
| | | 11/27/06 | | | Jury Quest #3 |
| | | | 13 | | SERI report |
| | | | | | Paul Quinn |
| | | | | | John Broderick |
| | | | 14 | | hospital report |
| | | | 15 | | fingerprint analysis report |
| | | | | | Kenneth Hearns |

Page 2 of 2 Pages