UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
MARIO LACY                          )
                                    )
        Plaintiff,                  )
                                    )
        v.                          ) CIVIL ACTION
                                    ) NO. 04-11492-WGY
WILLIAM J. FEENEY, KENNETH          )
HEARNS, and JEAN MOSES ACLOQUE      )
                                    )
        Defendants                  )
                                    )
```

## JURY VERDICT

We find for:

\_\_✓\_\_ William J. Feeney, Kenneth Hearns, and Jean Moses Acloque

\_\_\_\_\_ Mario Lacy

    due to  \_\_\_\_\_ grasping his neck and punching his face

              \_\_\_\_\_ anal penetration

               \_\_\_\_\_ pulling out the back of his pants and underwear and looking down his buttocks

    and find \_\_\_\_\_ William J. Feeney

              \_\_\_\_\_ Kenneth Hearns

              \_\_\_\_\_ Jean Moses Acloque

    liable for \_\_\_\_\_ compensatory damages

_____
FOREMAN

DATE 11/28/2004