# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Civil Action**
**No: <u>04-11492-WGY</u>**

**MARIO LACY**
**Plaintiff**

**v.**

**WILLIAM J. FEENEY, KENNETH HEARNS**
**JEAN MOSES ACLOQUE**
**CITY OF BOSTON**
**Defendant**

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS WILLIAM J. FEENEY, KENNETH HEARNS, JEAN MOSES ACLOQUE .**
**The City of Boston was Dismissed prior to trial.**

<u>Sarah A. Thornton</u>
**Clerk**

**So Approved**
**/s/ William G. Young**

**/s/ Elizabeth Smith**

**Deputy Clerk**

**November 28, 2006**

**To: All Counsel**